## STATE OF CONNECTICUT *v.* MARIO PAUL MIKOLITCH
### (10149)

DALY, FOTI and HEIMAN, Js.

Argued October 28—decision released November 19, 1991

*Mario Paul Mikolitch,* pro se, the appellant (defendant).

*Jack W. Fischer,* deputy assistant state's attorney, with whom, on the brief, were *C. Robert Satti,* state's

attorney, and *Richard Preston,* assistant state's attorney, for the appellee (state).

PER CURIAM. The judgment is affirmed.